DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BOBBY J. NAPIER,**
Appellant,

v.

**FLORIDA PAROLE COMMISSION** and
**DEPARTMENT OF CORRECTIONS,**
Appellees.

No. 4D20-65

[April 1, 2020]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; John S. Kastrenakes, Judge; L.T. Case No. 50-2019-CA-010964-XXXX-MB.

Bobby J. Napier, Pahokee, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed. See Duncan v. Moore*, 754 So. 2d 708 (Fla. 2000) (recognizing that the conditional release statute does not violate the double jeopardy, due process, or ex post facto clauses); *Fleming v. State,* 697 So. 2d 1322 (Fla. 5th DCA 1997) (acknowledging that there is no entitlement to credit for time spent on conditional release).

LEVINE, C.J., GROSS and CIKLIN, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***